[No. 7011-1-II. Division Two. July 16, 1985.]

THE STATE OF WASHINGTON, *Respondent,* v. TERRELL DANFORD HOBERT, *Appellant.*

Appeal from a judgment of the Superior Court for Clark County, No. 82-1-00642-4, J. Dean Morgan, J., entered

April 1, 1983. *Affirmed* by unpublished opinion per Reed, A.C.J., concurred in by Petrich and Alexander, JJ.